**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00306-CR

---

### KAREN PATRICIA BOWIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the April 9, 2014 motion of Jessie R. Allen for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Jessie R. Allen as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Karen Patricia Bowie, TDCJ No. 1839441, Crain Unit, 1401 State School Road, Gatesville, Texas, 76599-2999.

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE